**Order entered January 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01024-CR

**SIMON SAMUEL LOPEZ, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80596-10**

## ORDER

The Court **REINSTATES** the appeal.

On December 16, 2016, we granted Tim Avery's motion to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant on appeal. A supplemental clerk's record has been filed showing that the trial court has appointed Kristin R. Brown as appellant's attorney. Accordingly, we **DIRECT** the Clerk to list Kristin R. Brown as appellant's attorney of record.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
           JUSTICE